1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>                          Plaintiff,<br><br>          v.<br><br>PACIFIC TEAM INC., a California corporation,<br><br>                          Defendant. | Case No.:  SACV13-01920-DOC (JPRx)<br><br>Assigned to the Honorable David O. Carter<br><br>**JUDGMENT  [12]**<br><br>Fed. R. Civ. P. 55(b)(2) |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, the Trustees of the Southern California IBEW-NECA Pension Plan, shall recover from Defendant Pacific Team Inc. the principal amount of $95,056.82, together with attorneys' fees (including litigation expenses) of $9,304.55, and costs of $754.00, plus post-judgment interest as provided by law from the date this judgment is entered.

Dated:   June 30, 2014

*David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1